United States District Court

Eastern District of California

Eugene E. Welch,

    Plaintiff,                        Civ. No. S 05-2327 LKK PAN P

  vs.                                Order

Rosanne Campbell, et al.,

    Defendants.

-oOo-

    Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.

    To commence a civil action a plaintiff must pay the $250.00 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

    Within 30 days from the day this order is signed plaintiff

1 | may submit either the filing fee or the application required by
2 | § 1915(a).  The clerk of the court is directed to mail to
3 | plaintiff a form application for leave to proceed in forma
4 | pauperis.  Failure to comply with this order will result in this
5 | file being closed.
6 |     So ordered.
7 |     Dated:  December 20, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge