United States District Court

Eastern District of California

Eugene E. Welch,

    Plaintiff,      No. Civ. S 05-2327 LKK PAN P

vs.      Order

Rosanne Campbell, et al.,

    Defendants.

-oOo-

Plaintiff, a prisoner without counsel, seeks to commence a civil rights action. December 21, 2005, the court informed plaintiff this case would be closed unless, within 30 days, he submitted either the filing fee or an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff did not respond. Accordingly, this file is closed.

So ordered.

Dated: February 7, 2006.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge